<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6785**

───────────────

ROBERT L. WILLIS, SR.,

Plaintiff - Appellant,

versus

CHARLES S. LANIER; KEITH E. FOUNTAIN,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-97-238-5-BR2)

───────────────

Submitted: November 6, 1997     Decided: November 25, 1997

───────────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Robert L. Willis, Sr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Willis v. Lanier</u>, No. CA-97-238-5-BR2 (E.D.N.C. May 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>